EAST BATON ROUGE PARISH  C-696404
Filed May 18, 2020 11:18 AM  21/D
Deputy Clerk of Court
FAX Received May 14, 2020

| | | |
|---|---|---|
| LISA SOUTHARD AND ROBERT SOUTHARD | NO. | SEC. |
| | 19TH JUDICIAL DISTRICT COURT | |
| VERSUS | | |
| | PARISH OF EAST BATON ROUGE | |
| ALBERTSONS COMPANIES, INC. LOUISIANA | STATE OF LOUISIANA | |

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel of record, come Lisa and Robert Southard of the full age of majority, and residents of East Baton Rouge Parish Louisiana, who respectfully shows the Court as follows:

**I.**

The following party is made Defendant herein:

ALBERTSONS COMPANIES, INC. LOUISIANA, with its principal business establishment in East Baton Rouge Parish, Louisiana.

**II.**

On or about May 19, 2019, LISA SOUTHARD and ROBERT SOUTHARD were grocery shopping at ALBERTSONS COMPANIES, INC. LOUISIANA (Albertson's) located at 15232 George O'Neal Rd., Baton Rouge Louisiana.

**III.**

The accident occurred when plaintiff, LISA SOUTHARD, while exercising all due care and caution, tripped over a piece of metal hanging from a food cooler, that had unsuccessfully been attempted to be repaired with duct tape and was a hidden hazard. As a result, Lisa Southard fell onto the floor sustaining serious injuries to her spine and other parts of her body.

The sole cause of the incident and resulting injuries to LISA SOUTHARD, was the negligence of the defendant, ALBERTSONS COMPANIES, INC. LOUISIANA particularized in the following non-exclusive respects:

a. Failure to warn of potentially dangerous condition of premises;

b. Failure to place a warning or caution sign in the area;

d. Failure to promptly, or within a reasonable time, remove and/or repair the hazardous condition;

Page 1 of 4

*Myrikh Rosette*



Certified True and Correct Copy
CertID: 2020052200402

East Baton Rouge Parish
Deputy Clerk of Court



General
5/22/2020

EXHIBIT
A

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

e.  Failure to perform regular and/or diligent condition and/or maintenance checks in an area of the store where the hazardous condition existed;

f.  Failure, generally, to maintain the standard of care required in the above described situation; and

g.  Failing to properly repair a known defect;

h.  Other acts and/or omissions to be shown at trial of this matter.

V.

At the time of the accident sued on, LISA SOUTHARD, sustained severe and painful injuries as a result of her fall. These injuries were caused by the fault of the defendant, and plaintiff's damages include:

A.  Physical and mental pain and suffering and emotional distress;

B.  Loss of enjoyment of life;

C.  Medical and other out of pocket expenses, past and future;

D.  Permanent Disability;

E.  Loss income and loss of earning capacity, past and future;

F.  Other damages to be shown at trial of this matter.

VI.

As a result of the incident sued upon herein, plaintiff, ROBERT SOUTHARD, has sustained a loss of consortium, services and society with his wife, Lisa.

VII.

As a result of the aforementioned negligence of the defendant, plaintiffs are entitled to a trial and to recover damages in accordance with law, including lost wages, including impairment of earning capacity past and future, medical expenses past and future, loss of consortium and other special damages and all general damages contemplated under Louisiana Law, in amounts as are reasonable.

WHEREFORE, Plaintiffs, LISA SOUTHARD and ROBERT SOUTHARD, pray for citation and service of process, and, after due proceedings are had, including trial, that there be judgment in their favor, and against Defendants, ALBERTSONS COMPANIES, INC. LOUISIANA, for damages together with legal interest thereon from date of judicial demand until paid, and for all cost of these proceedings.

Page 2 of 4

*Myrihla Rosette*


Certified True and Correct Copy
CertID: 2020052200402

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
5/22/2020 10:57 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Respectfully Submitted,

Gregory J. Miller (17059)
Miller, Hampton and Hilgendorf
3960 Government Street
Baton Rouge, LA  70806
Telephone (225) 343-2205
Facsimile (225) 343-2870
*Attorney for Plaintiff*

**PLEASE SERVE:**

ALBERTSONS COMPANIES, INC. LOUISIANA
Through its agent for service of process
CT Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

Page 3 of 4

*Myrihle Rosette*

East Baton Rouge Parish
Deputy Clerk of Court



Certified True and
Correct Copy
CertID: 2020052200402

Generated Date:
5/22/2020 10:57 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).